UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **MARY OCHOA** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Case No. 7:23-cv-00425 |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the February 17, 2025 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Bray. (Dkt. No. 29). Judge Bray made findings and conclusions and recommended that Defendant's Motion for Summary Judgment, (Dkt. No. 13), be denied. (Dkt. No. 29).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 29) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment, (Dkt. No. 13), is **DENIED**.

It is SO ORDERED.

Signed on March 6, 2025.

                                                             **DREW B. TIPTON**
                                     **UNITED STATES DISTRICT JUDGE**

Case 7:23-cv-00425   Document 31   Filed on 03/06/25 in TXSD   Page 2 of 2